IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL FLOYD,<br><br>Defendant. | CASE NO.: 4:23-cr-3 |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on or about August 22, 2023, Michael Floyd (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 922(g)(1);

WHEREAS, on November 15, 2023, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the Springfield Armory (HS Produkt), Model XD-9, 9mm caliber pistol, S/N US916579[1] (hereinafter, the "Subject Property") was property forfeitable to the United States;

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning November 18, 2023, through and including December 17, 2023 (Doc. 79 at 4); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

---

[1] The Indictment and Plea Agreement incorrectly referenced the serial number for the firearm as "S/N U5916579". The agency made note of the error and the correct serial number for the firearm is shown above and in the Preliminary Order of Forfeiture (Doc. 72). In summary, the second digit was incorrectly identified as a "5" rather than a "S".

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

**SO ORDERED**, this 12th day of March, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA